1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FRANCISCA P. CHAVEZ,                         CASE NO. 5:14-cv-00266 EJD

                    Plaintiff(s),            **ORDER GRANTING VOLUNTARY
                                             DISMISSAL**

        v.

DR. REBECCA ABUNDIS,

                    Defendant(s).
_____/

        The document filed by Plaintiff on February 24, 2014 (see Docket Item No. 7), has been

construed by the court as a voluntary dismissal pursuant to Federal Rule of Civil Procedure

41(a)(1)(A).  As so construed, the dismissal is GRANTED.  This case is DISMISSED WITHOUT

PREJUDICE.  The clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  February 25, 2014

                                             _____
                                             EDWARD J. DAVILA
                                             United States District Judge

CASE NO. 5:14-cv-00266 EJD
ORDER GRANTING VOLUNTARY DISMISSAL

*United States District Court*
For the Northern District of California